# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HYATT CORPORATION, d/b/a ) | |
| HYATT REGENCY CHICAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:19-cv-03779 |
| ) | |
| UNITE HERE, LOCAL 1, ) | Honorable Ronald A. Guzman |
| ) | |
| Defendant. ) | |

## AGREED MOTION FOR JUDGMENT ON AMENDED COMPLAINT

NOW COMES Plaintiff, Hyatt Corporation d/b/a/ Hyatt Regency Chicago ("HRC"), through its attorneys, Peter Andjelkovich & Associates, and by agreement with Defendant, UNITE HERE Local 1, and respectfully requests that this court enter judgment on Plaintiff's Amended Complaint. In support thereof, HRC states as follows:

1. HRC's Amended Complaint seeks to confirm the final and binding arbitration Opinion and Award of Arbitrator Ann S. Kenis dated June 20, 2018 ("Kenis Award").

2. Defendant UNITE HERE Local 1 does not contest confirmation of the Kenis Award.

3. By agreement, the parties request that this court enter final judgment on Plaintiff's Amended Complaint confirming the June 20, 2018 arbitration Opinion and Award by Arbitrator Ann S. Kenis with each party being responsible for their own attorneys fees and costs.

4. Plaintiff submits the following proposed language for the agreed judgment:

"Judgment is hereby entered in favor of plaintiff on Count I of plaintiff's Amended Complaint. The June 20, 2018 final and binding arbitration Opinion and Award by Arbitrator

Ann S. Kenis is confirmed. Each party is responsible for their own attorneys fees and costs."

5.      If the agreed judgment is entered, it will resolve all pending issues raised in the Amended Complaint.

WHEREFORE Plaintiff respectfully requests the court enter judgment in favor of Plaintiff on Plaintiff's Amended Complaint and confirming the June 20, 2018 arbitration Opinion and Award by Arbitrator Ann S. Kenis with each party being responsible for their own attorneys fees and costs.

Respectfully Submitted,
**Hyatt Corporation d/b/a Hyatt Regency Chicago**

By:   /s/Peter Andjelkovich
         One of its attorneys.

Peter Andjelkovich & Associates
Attorneys for Plaintiff Hyatt Corporation
200 W. Madison St., Suite 2100
Chicago, Illinois 60606
312/782-8345
pa@paalaw.net